**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2004 APR -5 AM 9:51

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| CATHERINE WELLS ) | |
| ) | |
| vs. ) | CIVIL ACTION 403-042 |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION d/b/a AMTRAK ) | |

## ORDER

The Court has been advised that the case set forth above has been settled. Accordingly, this case is **DISMISSED WITH PREJUDICE**, except that the Court expressly retains jurisdiction to enforce any settlement the parties may care to file, under seal if so desired, within thirty (30) days of the date this Order is filed. See Kokkonen v. Guardian Life Ins. Co. of America, 511 U. S. 375, 114 S. Ct. 1673 (1994).

*Failure to so file shall signify that the parties do not consent to this Court's retention of jurisdiction to enforce their settlement.*

SO ORDERED this __5__ day of __April__, 2004.

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:    4:03-cv-00042
Date Served:    April 5, 2004
Served By: _____

Attorneys Served:

    Joseph A. Mulherin III, Esq.
    James W. Purcell, Esq.
    Scott Wayne Kelly, Esq.


\_\_\_\_ Copy placed in Minutes

\_✓\_ Copy given to Judge

\_\_\_\_ Copy given to Magistrate